IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN CREAR, SR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-565-K |
| | § | |
| WASHINGTON MUTUAL BANK; | § | |
| JPMORGAN CHASE BANK, N.A.; | § | |
| ELECTRONIC DATA SYSTEMS | § | |
| "EDS"AKA, HP ENTERPRISE | § | |
| SERVICES,"MERS"; AND BRICE, | § | |
| VANDER LINDEN AND WERNICK, | § | |
| P.C. LAW FIRM, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge. Objections were filed by Defendant JP Morgan Chase Bank, N.A., and HP Enterprise Services on September 21 2011. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, & Recommendation to which objection was made.

Defendant JP Morgan Chase Bank, N.A., and HP Enterprise Services objections are hereby **OVERRULED**. The Court **ACCEPTS** the Findings, Conclusions and

Recommendation of the United States Magistrate Judge.

Plaintiff's Motion to Remand is **GRANTED**.

Signed this 27th day of September, 2011.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE